# EXHIBIT A



**Melissa Rittenour,** Clerk and Register, Circuit Court Montgomery County     Telephone (334) 832-1260

Montgomery County Courthouse, P.O. Box 1667, Montgomery, AL 36102-1667

TO WHOM IT MAY CONCERN:

I, MELISSA RITTENOUR, CLERK OF THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA, DO HEREBY CERTIFY THAT THE ATTACHED ARE TRUE AND CORRECT COPIES OF DOCUMENTS ON FILE IN SAID OFFICE IN THE CASE ENTITLED:

*Robert Cyrus vs. Hyundai Motor Co.*
*CV-06-1359*

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF SAID COURT AT OFFICE IN THE CITY OF MONTGOMERY, ALABAMA, ON THIS THE 22nd DAY OF June, 2006.

_____
CLERK, CIRCUIT COURT
MONTGOMERY COUNTY, ALABAMA

EXHIBIT A

CV-06-1359

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐ ☐☐☐☐☐ ☐☐-☐☐<br>Date of Filing:    Judge Code:<br>☐☐ ☐☐ ☐☐☐☐  J-H<br>Month  Day  Year |
|---|---|---|

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____**MONTGOMERY**_____, ALABAMA
*(Name of County)*

_____**ROBERT CYRUS**_____ v. _____**HYUNDAI MOTOR COMPANY et al.,**_____
Plaintiff                                                                                  Defendant

First Plaintiff:  ☐ Business  ☑ Individual  ☐ Government  ☐ Other
First Defendant: ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER: _____
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☐ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** S T 0 0 3 4    Date: 5/16/06    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES  ☐ NO  ☑ UNDECIDED

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

FILED

2006 MAY 15 PM 3:22

| | |
|---|---|
| ROBERT CYRUS,<br><br>    Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR COMPANY,<br>HYUNDAI MOBIS, INC. (formerly<br>known as HYUNDAI PRECISION CO.)<br>HYUNDAI TRANSLEAD (formerly<br>known as HYUNDAI PRECISION CO.<br>HYUNDAI MOTOR AMERICA, and<br>HYUNDAI MOTOR MANUFACTURING<br>OF ALABAMA, LLC.,<br><br>    Defendants. | CASE NO.: CV-06-1359<br><br>JURY TRIAL DEMAND |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**    Hyundai Motor Company
c/o National Registered Agents, Inc.
150 S Perry St.
Montgomery, AL 36104

D1

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to **Richard J. Stockham, III, STOCKHAM, CARROLL & SMITH, P.C.**, the attorney for the Plaintiff, whose address is: **2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209**. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Melissa Pittenam_
Clerk of Court

Dated   05/23/06

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

7003 0500 0000 3731 0128

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

FILED
CIRCUIT COURT OF
...COUNTY
2006 MAY 15 PM 3:22

| | |
|---|---|
| ROBERT CYRUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: CV-06-1359 |
| ) | |
| HYUNDAI MOTOR COMPANY, ) | |
| HYUNDAI MOBIS, INC. (formerly ) | |
| known as HYUNDAI PRECISION CO.) ) | JURY TRIAL DEMAND |
| HYUNDAI TRANSLEAD (formerly ) | |
| known as HYUNDAI PRECISION CO. ) | |
| HYUNDAI MOTOR AMERICA, and ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| OF ALABAMA, LLC., ) | |
| ) | |
| Defendants. ) | |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:** Hyundai Mobis, Inc.
c/o National Registered Agents, Inc.
150 S Perry St.
Montgomery, AL 36104

D2

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to **Richard J. Stockham, III, STOCKHAM, CARROLL & SMITH, P.C.**, the attorney for the Plaintiff, whose address is: **2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209.** THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Melissa Rittenour_
Clerk of Court

Dated __05/23/06__

| U.S. Postal Service™ | | |
|---|---|---|
| **CERTIFIED MAIL™ RECEIPT** | | |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | | |
| For delivery information visit our website at www.usps.com® | | |
| OFFICIAL USE | | |
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

7003 0500 0000 3731 0098

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

FILED
CIRCUIT COURT OF
COUNTY
2006 MAY 16 PM 3:22

| | |
|---|---|
| ROBERT CYRUS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HYUNDAI MOTOR COMPANY, )<br>HYUNDAI MOBIS, INC. (formerly )<br>known as HYUNDAI PRECISION CO.) )<br>HYUNDAI TRANSLEAD (formerly )<br>known as HYUNDAI PRECISION CO. )<br>HYUNDAI MOTOR AMERICA, and )<br>HYUNDAI MOTOR MANUFACTURING )<br>OF ALABAMA, LLC., )<br>)<br>Defendants. ) | CASE NO.: CV-06-1359<br><br>JURY TRIAL DEMAND |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**   Hyundai Translead
c/o National Registered Agents, Inc.
150 S Perry St.        D3
Montgomery, AL 36104

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to **Richard J. Stockham, III, STOCKHAM, CARROLL & SMITH, P.C.**, the attorney for the Plaintiff, whose address is: **2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209**. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_____
Clerk of Court

Dated    05/23/06

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 0500 0000 3731 0104

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| ROBERT CYRUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: CV-06-1359 |
| ) | |
| HYUNDAI MOTOR COMPANY, ) | |
| HYUNDAI MOBIS, INC. (formerly ) | |
| known as HYUNDAI PRECISION CO.) ) | JURY TRIAL DEMAND |
| HYUNDAI TRANSLEAD (formerly ) | |
| known as HYUNDAI PRECISION CO. ) | |
| HYUNDAI MOTOR AMERICA, and ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| OF ALABAMA, LLC., ) | |
| ) | |
| Defendants. ) | |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**     Hyundai Motor America, Inc.
c/o National Registered Agents, Inc.
150 S Perry St.
Montgomery, AL 36104

D4

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to **Richard J. Stockham, III, STOCKHAM, CARROLL & SMITH, P.C.**, the attorney for the Plaintiff, whose address is: **2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209**. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Melissa Rittenour_
Clerk of Court

Dated ___05/23/06___

| | |
|---|---|
| **U.S. Postal Service™** | |
| **CERTIFIED MAIL™ RECEIPT** | |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | |
| For delivery information visit our website at www.usps.com® | |
| OFFICIAL USE | |
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |
| Sent To | |
| Street, Apt. No.; or PO Box No. | |
| City, State, ZIP+4 | |
| PS Form 3800, June 2002 | See Reverse for Instructions |

7003 0500 0000 3731 0111

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

ROBERT CYRUS,                            )
                                         )
        Plaintiff,                       )
                                         )
vs.                                      )    CASE NO.: CV-06-1359
                                         )
HYUNDAI MOTOR COMPANY,                   )
HYUNDAI MOBIS, INC. (formerly            )
known as HYUNDAI PRECISION CO.)          )    JURY TRIAL DEMAND
HYUNDAI TRANSLEAD (formerly              )
known as HYUNDAI PRECISION CO.           )
HYUNDAI MOTOR AMERICA, and               )
HYUNDAI MOTOR MANUFACTURING              )
OF ALABAMA, LLC.,                        )
                                         )
        Defendants.                      )

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**   Hyundai Motor Manufacturing Alabama, LLC
                 c/o Richard E. Neal
                 700 Hyundai Blvd.
                 Montgomery, AL 36105

D5

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to **Richard J. Stockham, III, STOCKHAM, CARROLL & SMITH, P.C.**, the attorney for the Plaintiff, whose address is: **2204 Lakeshore Drive, Suite 114, Birmingham, AL 35209**. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_____
Clerk of Court

Dated _____05/23/06_____

| U.S. Postal Service™ | |
|---|---|
| **CERTIFIED MAIL™ RECEIPT** | |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | |
| For delivery information visit our website at www.usps.com® | |
| OFFICIAL USE | |
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 0500 0000 3731 0135

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800 June 2002       See Reverse for Instructions

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| ROBERT CYRUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: CV-06-1359 |
| ) | |
| HYUNDAI MOTOR COMPANY, ) | |
| HYUNDAI MOBIS, INC. (formerly ) | |
| known as HYUNDAI PRECISION CO.) ) | JURY TRIAL DEMAND |
| HYUNDAI TRANSLEAD (formerly ) | |
| known as HYUNDAI PRECISION CO. ) | |
| HYUNDAI MOTOR AMERICA, and ) | |
| HYUNDAI MOTOR MANUFACTURING ) | |
| OF ALABAMA, LLC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

1.  Plaintiff Robert Cyrus is over 21 years of age and a resident citizen of Montgomery County, Alabama.

2.  Defendant Hyundai Motor Company (HMC) is a corporation, and at times relevant this complaint, was doing business in Montgomery County, Alabama. Defendant Hyundai Mobis, Inc, formerly Hyundai Precision Co., (MOBIS) was at times relevant to this complaint, doing business in Montgomery, Alabama. Defendant Hyundai Translead, Inc., formerly Hyundai Precision Co., (TRANSLEAD) was at times relevant to this complaint, doing business in Montgomery, Alabama. Defendant Hyundai Motor America at times relevant to this complaint was doing business in Montgomery County, Alabama. Defendant Hyundai Motor Manufacturing of Alabama, LLC. at times relevant to this complaint was located at, and had its principal place of business in Montgomery, Alabama.

3.  Plaintiff was employed at Mercedes Benz U.S. International, Inc. in the fall of 2001

when he was approached by Hyundai Motor Company to come to work for Hyundai as the head of purchasing for a new start up operation; building Hyundai automobiles in the United States.

4. After several overtures from Hyundai, in April, 2002 Mr. Ted Chung came to Birmingham, Alabama and met with plaintiff Robert Cyrus. Chung said he was the Executive Vise-President of Hyundai Motor Company, Procurement Division as well as the Executive Vice-President of the Management Administration Division of Hyundai Precision Co. He represented to Cyrus that he was the son-in-law of the chairman of the board of Hyundai Motor Co, and so Cyrus could rely on what he said.

5. Chung told Cyrus that Hyundai was starting a new project, called Project "V", or "V" Project. He told Cyrus that this would be the first automobile manufacturing facility in the United States for Hyundai Automobiles. He told Cyrus that he was looking to hire him as the first American employee of this new start-up project.

6. Chung made several promises to Cyrus in order to persuade him to give up his job at Mercedes and come to work for Hyundai. Chung told Cyrus that he would come to work for Hyundai, and his employment would initially be with Hyundai Motor America for administrative purposes and then he would become an employee of the legal entity that Hyundai formed to run the manufacturing plant. Chung told Cyrus that no matter what form the new entity took that Cyrus would always be the top American employee in that project. Chung told Cyrus that he would be hired as the director of purchasing for the new Santa Fe (CM) / Sonata project (NF), and that he would be responsible for direct purchasing of parts and components only. Chung told Cyrus that for the first two years after the new entity was formed and came into existence that it would have a Korean Vice-President of Procurement to whom Cyrus would report, and that Vice-President, in

2

eligible to receive. The offer further set out that when Hyundai Motor Manufacturing Alabama becomes a viable and legal business entity that his benefits with HMA would cease and his benefits would be provided by Hyundai Motor Manufacturing of Alabama. Duckworth told Cyrus that these benefits were to at least the same as Hyundai Motor America's benefit package. The offer letter also reflected that he was eligible for annual bonuses.

11.   This offer was subject to further negotiation regarding compensation which resulted on May 20, 2002 in an addendum to the offer letter of May 16, 2002. With respect to the bonus, it was agreed that Cyrus would receive bonuses based on 225% of his monthly salary. This promise of a bonus based on 225% of his monthly salary was a material inducement for Cyrus leaving Mercedes and going to work for Defendants.

12.   On May 21, 2002, relying on the promises made by Ted Chung and Keith Duckworth plaintiff quit his employment of 8 years with Mercedes Benz U. S. International, Inc., and accepted employment with Hyunda. Cyrus began working for Hyundai Motor America on May 22, 2002.

13.   In September 2002 the new legal entity was created for the Hyundai manufacturing plant. It was called Hyundai Motor Manufacturing Alabama, LLC., and it was a corporation with its principal place of business in Montgomery, Alabama. At that time Plaintiff was transferred on paper from Hyundai Motor America to Hyundai Motor Manufacturing Alabama LLC (HMMA). At HMMA Plaintiff reported to Vice-President of Procurement Mark Lee, the Korean Vice-President that Ted Chung had told him he would report to. Ted Chung became the Executive Vice President for Procurement for HMMA. At that time HMMA reaffirmed the agreement between Cyrus and Hyundai Motor America.

14.   Though plaintiff was repeatedly commended for his good work, accomplishments

and performance, he was not given an annual performance evaluation.

15.     Plaintiff was given a signing bonus, but he was never given the bonus of 225% of his monthly salary that he had been promised.

16.     In October 2003, Plaintiff spoke to Greg Kimble, Director of HR for HMMA, about his not getting the promised bonus. Kimble told him to be patient, that they were working on it. Kimble acknowledged at that time to Cyrus that the bonus was due.

17.     In April 2005 after plaintiff had not received bonuses in either 2003 or in 2004 as he had been promised he spoke with Mark Lee, Vice-President of Procurement for HMMA about this and also put his concerns in writing and attaching the offer letter and addendum showing where the bonus had been promised to him. Lee acknowledged that the company owed Cyrus for the bonuses. Despite Lee's acknowledgment that the bonuses were owed, Cyrus was never paid the bonuses.

18.     Cyrus was not promoted to the position of Vice-President of Procurement after 2 years, in September 2004, as he had been promised by Chung. Vice-President Mark Lee remained in the position until 2005. Even when Mark Lee was transferred back to Korea Plaintiff was not promoted to Vice-President of Procurement of HMMA.

19.     Defendants never intended to promote Cyrus to the position of Vice President of Procurement of Hyundai Motor Manufacturing Alabama, LLC. In 2005 Keith Duckworth was made Deputy President and Chief Executive Officer of Hyundai Motor Manufacturing Alabama, LLC. In the fall of 2005 Cyrus spoke with Duckworth about concerns he had with a new Korean Manager. Duckworth told Cyrus that everyone in management thought Cyrus was doing an outstanding job. Cyrus spoke to Duckworth about not getting promoted to the position of Vice President of Procurement as Ted Chung had promised. Duckworth said he never heard Chung say anything about

that.

## COUNT I

20. Plaintiff adopts and realleges each and every material averment as if specifically set out herein:

21. Defendants breached their contract with plaintiff when they failed to pay him the bonuses promised.

22. As a consequence of Defendants' breach of contract plaintiff has suffered damages.

WHEREFORE, plaintiff demands judgment against defendants for unpaid bonuses, plus interest.

## COUNT II

23. Plaintiff adopts and realleges each and every material averment as if specifically set out herein.

24. Defendants made representations and/or suppressed facts upon which plaintiff relied and/or acted to his detriment. Said representations and/or suppressions were false and were made willfully, and/or wantonly, and/or recklessly and/or with a disregard to their truth, and knowing that Plaintiff was relying on them to be truthful and forthcoming. Defendants are guilty of deceit.

25. As a result of defendants' misrepresentations, suppressions and deceit plaintiff has suffered injuries, including pecuniary loss, mental anguish and emotional distress.

WHEREFORE, plaintiff demands judgment against defendants for compensatory and punitive damages.

Richard J. Stockham, III
State Bar STO034
Attorney for Plaintiff

**Plaintiff demands trial by struck jury on all issues triable to a jury.**

**SERVE DEFENDANTS BY CERTIFIED MAIL AT:**

Hyundai Motor Manufacturing Alabama LLC
c/o Richard E. Neal
700 Hyundai Blvd.
Montgomery, AL 36105

Hyundai Motor Company
c/o National Registered Agents, Inc.
150 S Perry St.
Montgomery, AL 35104

Hyundai Mobis, Inc.
c/o National Registered Agents, Inc.
150 S Perry St.
Montgomery, AL 35104

Hyundai Translead
c/o National Registered Agents, Inc.
150 S Perry St.
Montgomery, AL 35104

Hyundai Motor America, Inc.
c/o National Registered Agents, Inc.
150 S Perry St.
Montgomery, AL 35104

7

J-H

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Larry Carcher |
| 1. Article Addressed to:<br>Hyundai Motor Manufacturing<br>Alabama LLC<br>c/o Richard E. Neal<br>700 Hyundai Blvd.<br>Montgomery, AL 36105 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>S+C DS<br>CV-06-1359 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 0500 0000 3731 0135   STO 034 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

5-26-06

P- Robert Cyrus
d- Hyundai Motor Comp