IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-568-WKW |
| | ) |
| HYUNDAI MOTOR COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion for Judgment on the Pleadings as to Count Two of Plaintiff's Complaint (Doc. #8) filed on July 31, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on September 5, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before August 28, 2006. The defendant may file a reply brief on or before September 5, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 7th day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE