## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                     TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  Cyrus v. Hyundai Motor Company et al

Case Number:  2:06-cv-00568-WKW

Referenced Docket Entry - ***Reply Brief -  Doc.  No. 12

The referenced docket entry was filed electronically   in ERROR  on ***August 28, 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed as a Brief in Opposition..  Please DISREGARD this docket entry. See doc. 13 for correction.