## DECLARATION OF GIANETTA TURNER

1. My name is Gianetta Turner. I am a resident of the State of Alabama, over the age of 19 years and otherwise competent to give this declaration. The facts contained in this declaration are based upon my personal knowledge.

2. I am the Manager of Payroll, Benefits, Compensation & Relocation for Hyundai Motor Manufacturing Alabama, LLC ("HMMA"). I have held this position since November of 2005. My job duties include over-sight of all payroll functions and administration of all benefit plans for HMMA. These payroll functions and benefits plans are provided exclusively for HMMA employees.

3. I have reviewed the HMMA SAP Payroll System, which contains a listing of any and all active or terminated HMMA team members who have received compensation from HMMA at any point in time since the creation of the Company. I have determined the following regarding Robert Cyrus' compensation during the time he worked at HMMA. Mr. Cyrus began working for HMMA in approximately September of 2002. His initial base salary was $140,000.00. Mr. Cyrus received a pay increase to $147,000.00 on April 1, 2004. His pay was increased to $148,772.40 on April 26, 2004. He received a pay increase on April 1, 2005, which made his base salary $154,723.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 9th DAY OF November, 2006.

_____
GIANETTA TURNER

1

EXHIBIT A