IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-568-WKW |
| | ) |
| HYUNDAI MOTOR COMPANY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion of Defendant Hyundai Motor Manufacturing Alabama, LLC for Leave to Amend Notice of Removal (Doc. #19) filed on November 10, 2006, it is hereby

ORDERED that on or before December 4, 2006, the plaintiff shall show cause why the motion should not be granted.

Done this 14th day of November, 2006.

                                          /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE