IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-568-WKW |
| | ) |
| HYUNDAI MOTOR COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Defendant's Motion to Stay of Defendant Hyundai Motor Manufacturing Alabama, LLC Pending Election by Plaintiff to Join Additional Federal Claims filed on December 5, 2006 (Doc. #22), it is hereby

ORDERED that on or before February 14, 2007, the plaintiff shall show cause why the motion should not be granted.

Done this 24th day of January, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE