

# National Registered Agents, Inc.

..."*NRAI, the best choice for statutory representation*"

January 26, 2007

W. Keith Watkins
US District Court, Middle District of Alabama
PO Box 711
Montgomery, AL 36101-0711

RE: Title of Action: Robert Cyrus v. Hyundai Motor Company, et al.
    Entity Served: Hyundai Mobis, Inc.
    Case/Docket Number: 2:06-cv-568-WKW

Dear Mr. Watkins,

Legal documents in the above titled action have been received for one of the defendants listed therein by National Registered Agents, Inc. (NRAI) and state that you are named as counsel for the Plaintiff.

NRAI's ability to receive the documents on behalf of the defendant requires that

[ ]    the name of the entity must be identical to that of the State Authority responsible for maintaining the records of this type entity transacting business in the state.

[X]    the status (active on the records of the state authority responsible for maintaining said records) of the entity must permit service on the registered agent and the registered agent's authority to receive service must not have been withdrawn.

[ ]    the legal documents must clearly state which entity you are serving and sufficient copies of the documents must be provided if serving one or more of the defendants listed in the above titled action. When more than one defendant is named and service is being made on multiple parties, sufficient copies of the documents must be provided to the registered agent to send to all parties being served.

[ ]    other:

Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,


Cecelia D. Russell
Corporate Filings

Enclosures
CC: Court Having Jurisdiction: US District Court, Middle District of Alabama, Northern Division
    NRAI - D. Howarth