Case: 2:06cv568

```
HyundaiMotorCompany
c/o National Registered Agents, Inc
150 S. Perry Street
Montgomery, AL 36104
```

---

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet complied with this order, according to our records. Please register IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF welcome page, click on the Registration button).  The form can be completed and submitted on-line

If you have any questions or need help with our Case Management/Electronic Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

MIME-Version:1.0 From:efile_notice@almd.uscourts.gov To:almd_mailout@almd.uscourts.gov Bcc: Message-Id:<669058@almd.uscourts.gov>Subject:Activity in Case 2:06-cv-00568-WKW-TFM Cyrus v. Hyundai Motor Company et al "Order to Show Cause" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from vma, entered on 1/24/2007 at 10:26 AM CST and filed on 1/24/2007

**Case Name:**     Cyrus v. Hyundai Motor Company et al
**Case Number:**   2:06-cv-568
**Filer:**
**Document Number:**   23

**Docket Text:**
ORDER TO SHOW CAUSE as to why [22] Motion to Stay filed by Hyundai Motor Manufacturing of Alabama LLC, should not be granted. Show Cause Response due by 2/14/2007. Signed by Judge William Keith Watkins on 1/24/07. (vma, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=1/24/2007] [FileNumber=669056-0]
[8c2f599e2f86dc7d93a97bff3b5876083fbaf7efe9b318badb72a4bce320d9fc247f
627c4235d39bb2b00031bcd3651c909712f9a451c7ec6e94775931429bfd]]

**2:06-cv-568 Notice will be electronically mailed to:**
Brian R. Bostick      brian.bostick@odnss.com, christa.cornwell@odnss.com
Wyndall A. Ivey       wivey@maynardcooper.com, turnet@maynardcooper.com
Jeffrey Allen Lee     jlee@mcglaw.com, swanbe@mcglaw.com
Timothy A. Palmer     timothy.palmer@odnss.com, christa.cornwell@odnss.com
Joseph Trent Scofield trent.scofield@odnss.com, sandra.parson@odnss.com
Richard J. Stockham , III   RJS@Stockhampc.com, BAA@Stockhampc.com

**2:06-cv-568 Notice will be delivered by other means to:**
Hyundai Mobis, Inc.
c/o National Registered Agents, Inc.

150 South Perry Street
Montgomery, AL 36104
Hyundai Motor Company
c/o National Registered Agents, Inc
150 S. Perry Street
Montgomery, AL 36104
Hyundai Translead
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-568-WKW |
| ) | |
| HYUNDAI MOTOR COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the Defendant's Motion to Stay of Defendant Hyundai Motor Manufacturing Alabama, LLC Pending Election by Plaintiff to Join Additional Federal Claims filed on December 5, 2006 (Doc. #22), it is hereby

ORDERED that on or before February 14, 2007, the plaintiff shall show cause why the motion should not be granted.

Done this 24th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE