IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ROBERT CYRUS, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | Civil Action No.: 06-568-DRB |
| HYUNDAI MOTOR COMPANY, | ) | |
| et al., | ) | |
|     Defendants. | ) | |

### PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Comes now the Plaintiff and submits this response to the Show Cause Order entered January 24th as to whether the case should be stayed:

1. Plaintiff is considering claims against Hyundai Motor Manufacturing Alabama, LLC for terminating him in December 2005 due to race discrimination and retaliation. The facts are wholly separate from those in this case.

2. These discrimination claims are cognizable under Title VII and 42 U.S.C. § 1981. The statute of limitations for § 1981 is 4 years. <u>Jones v. R. R. Donnelley & Sons, Co.</u>, 124 S. Ct. 1836 (2004). So Plaintiff has to December 2009 to bring these.

Respectfully submitted,

<u>s/Richard J. Stockham III</u>
ASB-5599-k43r
Attorney for the Plaintiff
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: rjs@stockhampc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ROBERT CYRUS, ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No.: 06-568-DRB |
| HYUNDAI MOTOR COMPANY, ) | |
| et al., ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February , 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

**COUNSEL FOR HYUNDAI MOTOR AMERICA**
Jeffrey Allen Lee
Email: jlee@mcglaw.com
Wyndall A. Ivey
Email: wivey@maynardcooper.com

**COUNSEL FOR HYUNDAI MOTOR MANUFACTURING OF ALABAMA ,LLC**
Brian R. Bostick
Email: brian.bostick@odness.com
Joseph Trent Scofield
Email: trent.scofield@odness.com
Timothy A. Palmer
Email: timothy.palmer@odness.com

**COUNSEL FOR HYUNDAI MOTOR COMPANY**

s/Richard J. Stockham III
ASB-5599-k43r
Attorney for the Plaintiff
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: rjs@stockhampc.com