IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:06-568-WKW |
| HYUNDAI MOTOR COMPANY, | ) |
| HYUNDAI MOBIS, INC. (formerly known as | ) |
| HYUNDAI PRECISION CO), HYUNDAI | ) |
| TRANSLEAD (formerly known as | ) |
| HYUNDAI PRECISION CO), HYUNDAI | ) |
| MOTOR AMERICA, and HYUNDAI | ) |
| MOTOR MANUFACTURING OF | ) |
| ALABAMA, LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT HYUNDAI MOTOR AMERICA'S
CORPORATE DISCLOSURE STATEMENT**

Comes now Defendant Hyundai Motor America, one of the Defendants in the above-styled cause and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

Hyundai Motor America is a privately held company in the United States. Its parent company is Hyundai Motor Company, which is a publicly traded company on the Korean Stock Exchange.

Respectfully submitted by,

*/s/ Wyndall A. Ivey*
_____
Jeffrey A. Lee
Wyndall A. Ivey
Attorneys for Defendant
Hyundai Motor America

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2007 a copy of the foregoing pleading was filed electronically with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following:

Richard J. Stockham, III
Stockham, Stockham & Carroll, P.C.
2204 Lakeshore Drive
Homewood, AL  35209

Timothy A. Palmer
J. Trent Scofield
Brian R. Bostick
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 100
1819 Fifth Avenue North
Birmingham, AL   35203-2118

                                                */s/ Wyndall A. Ivey*
                                                _____
                                                OF COUNSEL